# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

LINDA VANESSA GARCIA GONZALEZ,

Petitioner,

v.

JEREMY CASEY, et al.,

Respondents.

Case No.: 3:26-cv-6641-LL-AHG

**ORDER GRANTING MOTION TO APPOINT COUNSEL AND SETTING BRIEFING SCHEDULE**

**[ECF No. 3]**

Petitioner, proceeding pro se, is a detainee in the custody of the U.S. Department of Homeland Security, Immigration and Customs Enforcement. Pending before the Court is his Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241. ECF No. 1 ("Pet."). Petitioner is a noncitizen who claims that her detention is unlawful. *Id.* She seeks a writ of habeas corpus directing Respondents to release her or provide him with a bond hearing. *Id.*

The Court finds that representation will serve the interests of justice in this § 2241 petition, given the complexity and potential validity of the constitutional, statutory, and procedural issues presented. 18 U.S.C. § 3006A(a)(2)(B); *Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983). Accordingly, the Court **GRANTS** Petitioner's Motion to Appoint Counsel (ECF No. 3) and **CONDITIONALLY APPOINTS** Federal Defenders of San Diego, Inc. as counsel effectively immediately. However, if Federal Defenders of San Diego, Inc. determines that Petitioner is not financially eligible to be appointed counsel or

that it does not have the resources to represent Petitioner, Federal Defenders of San Diego, Inc. shall notify Petitioner and file notice with the Court on or before **December 4, 2026**. If that occurs, Petitioner shall continue unrepresented. Additionally, the Court finds it necessary to order a limited stay pursuant to the All Writs Act, 28 U.S.C. § 1651, to preserve the status quo until the Court can provide a reasoned decision, in order to avoid any potential jurisdictional problems if Petitioner is removed from this district.[1] *See E-C-R- v. Noem*, No. 3:25-CV-1230-SI, 2025 WL 2300543, at *1 & n.1 (D. Or. July 16, 2025) ("Courts around the country exercise their authority under the All Writs Act to maintain their jurisdiction over pending immigration matters by preserving the status quo." (collecting cases)). Accordingly, the Court **ORDERS** the following:

1. On or before **December 7, 2026**, Petitioner may file an amended petition. An amended petition will supersede and replace the original petition, so the amended petition must be complete in and of itself without reference to the original petition.

2. Respondents are **ORDERED TO SHOW CAUSE** why the Petition should not be granted by filing a written Return on or before **December 14, 2026**. The Return shall include any documents relevant to the determination of the issues raised in the Petition and shall address whether an evidentiary hearing on the Petition is needed. Respondents shall serve a copy of the Return upon Petitioner concurrently with the filing.

3. Petitioner may file a Traverse on or before **December 21, 2026**.

Dated: November 24, 2026

Honorable Linda Lopez
United States District Judge